

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Correctional Center*

*Office of the Warden*

71 W. Van Buren Street
Chicago, IL 60605

September 29, 2015

The Honorable Patricia A. Gaughan
United States District Judge
Carl B. Stokes United States Courthouse
801 West Superior Avenue, Courtroom 19 B
Cleveland, OH 44113

Re: Underwood, Iraephraim X.
Docket No.: 4:15CR96
Reg. No.: 60718-060

Dear Judge Gaughan:

This is in response to your order dated August 20, 2015, which committed Mr. Underwood to an examination and evaluation pursuant to Title 18, United States Code, Section 4241. Mr. Underwood arrived at the Metropolitan Correctional Center (MCC) Chicago, Illinois, for his forensic evaluation on September 21, 2015.

The statute allows our psychology staff 45 days to complete the evaluation. Our clinical psychologist requests a 30-day extension as permitted by the statute in order to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The time period for the evaluation commenced upon his arrival at our facility. It is anticipated that the evaluation will be completed by December 6, 2015. The report will be submitted to the court within three weeks of completion of the evaluation. You can expect to receive the report by December 27, 2015, should you grant our request for extension.

If you have any questions regarding this request, please contact Dr. David Szyhowski at (312) 322-0567, ext. 1580. For any other questions, please contact me at (312) 322-0567, ext. 1500.

Sincerely,

A.M. Owens
Warden

*[Handwritten annotation in left margin: 30 DAY EXTENSION REQUEST IS GRANTED. 10/14/15]*